UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
NO. 14-4544

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| **Appellee** | ) |
| | ) |
| v. | ) |
| | ) |
| **MARK ARANJO** | ) |
| | ) |
| **Appellant** | ) |

**APPELLANT'S MOTION TO RESCIND THE BRIEFING SCHEDULE**

Now comes the Appellant and respectfully moves this Court to issue an order rescinding the briefing schedule.

As grounds for this motion, Appellant respectfully shows the Court as follows.

The undersigned appointed counsel has conferred with the Appellee's counsel, Assistant United States Attorney, who does not oppose this motion seeking to rescind the briefing schedule. The brief is currently due on September 15, 2014.

Counsel was just appointed on August 21, 2014, and has received none of the record materials, and has been unable to yet have any attorney client contact.

There would be no prejudice to either party to rescind the scheduling order until the record materials are available. That will avoid repetitive enlargement motions.

Wherefore, Appellant respectfully prays that the Court issue an order rescinding the scheduling order.

/s/ J. Michael McGuinness
*J. Michael McGuinness*
*The McGuinness Law Firm*
P.O. Box 952
2034 Highway 701 North
Elizabethtown, N.C. 28337
910-862-7087 Telephone
910-862-8865 Facsimile
jmichael@mcguinnesslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I certify that all participants (Ms. Amy Elizabeth Ray, Assistant U.S. Attorney) in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF System.

/s/ J. Michael McGuinness
*J. Michael McGuinness*